# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MORAN ENRIQUEZ DE LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY S. ROBBINS, et al.,<br><br>Respondents. | Case No. 1:26-cv-00319-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 15, 2026, Petitioner filed a motion for a temporary restraining order ("TRO"). (ECF No. 2.) On January 22, 2026, Respondents filed a motion to dismiss the petition and an opposition to the motion for TRO. (ECF No. 8.) On January 23, 2026, Petitioner filed a reply in support of the TRO and an opposition to the motion to dismiss. (ECF No. 9.) On February 4, 2026, the Court denied Petitioner's motion for TRO and referred the matter to the undersigned "for the preparation of findings and recommendations on the petition or other appropriate action." (ECF No. 10.)

Accordingly, the Court HEREBY ORDERS that:

1. Within thirty (30) days of the date of service of this order, Respondents may file an additional brief or a statement that they will rest on the previously submitted motion to dismiss; and

2.  Within thirty (30) days of the date of service of Respondents' brief or statement, Petitioner may file an additional brief.

IT IS SO ORDERED.

Dated:    **February 6, 2026**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE