# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA MORAN ENRIQUEZ DE LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY S. ROBBINS, et al.,<br><br>Respondents. | Case No. 1:26-cv-00319-KES-EPG-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE A RESPONSE TO PETITIONER'S SUPPLEMENTAL BRIEF |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court denied Petitioner's motion for temporary restraining order, which asserted that Petitioner was improperly detained pursuant to 8 U.S.C. § 1225(b)(1), because "given that petitioner is subject to a reinstated final order of removal, 8 U.S.C. § 1231 governs her detention." (ECF No. 10.) The matter was referred to the undersigned "for the preparation of findings and recommendations on the petition or other appropriate action." (Id.)

Respondents "advise[d] that they wish to submit on the existing briefing." (ECF No. 12.) Thereafter, Petitioner filed a supplemental brief stating that "according to Petitioner's family and her immigration attorney, the previous order for removal has not been reinstated. In fact, the Immigration Court appears to be treating Petitioner's case as a removal proceeding pursuant to Section 240 of the Immigration and Naturalization Act." (ECF No. 14 at 1.)

The Court HEREBY ORDERS that within seven (7) days of the date of service of this order, Respondents SHALL file a response to Petitioner's supplemental brief addressing whether Petitioner's previous order for removal has or has not been reinstated and any documents necessary for the resolution of this issue.

IT IS SO ORDERED.

Dated:   **April 29, 2026**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE