UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDIA RAQUEL MORAN
ENRIQUEZ DE LOPEZ (A-Number: 221-
032-158),

                    Petitioner,

        v.

TIMOTHY S. ROBBINS, et al.,

                    Respondents.

No.  1:26-cv-00319-KES-EPG (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS, AND REQUIRING IMMEDIATE
RELEASE

Docs. 1, 19

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release.  Doc. 19.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1. The findings and recommendations issued on July 15, 2026, Doc. 19, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents are ORDERED to release petitioner Claudia Raquel Moran Enriquez De Lopez (A-Number: 221-032-158) immediately.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that her physical custody is legally justified.[1]

4. Respondents are ORDERED to provide petitioner with a copy of this Order upon her release.

5. The Clerk is directed to serve California City Detention Center with a copy of this Order.

6. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:    August 7, 2026    

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event she becomes subject to an executable final order of removal.

2